# Supreme Court of Kentucky

2022-SC-0220-T
(2022-CA-0603)


CHARLES KIRBY, ET AL.                                                MOVANTS


                    ON APPEAL FROM FAYETTE CIRCUIT COURT
V.                  HONORABLE JULIE M. GOODMAN, JUDGE
                                NO. 20-CI-02869



KEENELAND ASSOCIATION, INC., ET AL.                         RESPONDENTS


## ORDER DENYING MOTION FOR TRANSFER

The Movants' Motion for Transfer of the above-styled appeal pursuant to

CR 74.02(1) is DENIED.

All sitting.  All concur.

ENTERED: August 18, 2022.


_____
CHIEF JUSTICE